No. 604. RIETMANN *v.* BARBER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Joseph S. Hertogs* and *Arthur J. Phelan* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for respondent.

No. 625. ESTATE OF McINTOSH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Robert M. Benjamin* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Morton K. Rothschild* for respondent.

No. 635. UNITED STATES EX REL. SHOSHONE INDIAN TRIBE ET AL. *v.* SEATON, SECRETARY OF THE INTERIOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Marvin J. Sonosky* for the Shoshone Indian Tribe et al., and *Glen A. Wilkinson* for the Arapahoe Indian Tribe et al., petitioners. With them on the petition was *John W. Cragun* of counsel. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for respondent.

No. 646. MOYLAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Thomas J. Gately* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 648. PAYNE ET UX. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Claude I. Bakewell* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Davis W. Morton, Jr.* for the United States.